

**RAMZY PAUL LADAH, ESQ.**
Nevada Bar No. 11405
**BRANDON P. SMITH, ESQ.**
Nevada Bar No. 10443
**LADAH LAW FIRM**
517 S. Third Street
Las Vegas, NV 89101
litigation@ladahlaw.com
T: 702.252.0055
F: 702.248.0055
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY ESSICK JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01388-CDS-VCF<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(b), Plaintiff ANTHONY ESSICK JOHNSON, and Defendants WALMART, INC. and WAL-MART REAL ESTATE BUSINESS TRUST, by and through their respective counsel of record, having conducted an FRCP 26(f) conference on September 28, 2023, hereby stipulate to the following discovery plan and scheduling order:

**1.     DISCOVERY CUT-OFF DATE**: Defendants WALMART, INC. and WAL-MART REAL ESTATE BUSINESS TRUST first appeared in this matter via their Petition for Removal on September 8, 2023.[1] The discovery cut-off shall occur 180 days from Defendants' first appearance: **March 6, 2024**

---

[1] ECF No. 1.



    **2.**    **LAST DAY TO AMEND PLEADINGS AND/OR ADD PARTIES**. Shall occur ninety (90) days prior to the Discovery Cut-off date in this case: **December 7, 2023**.

    **3.**    **DISCLOSURE OF EXPERTS**. The last day for disclosing experts will be sixty (60) days before the close of discovery: **January 6, 2024.**

    **4.**    **REBUTTAL EXPERTS**. The last day for disclosing rebuttal experts will be thirty (30) days after the disclosure of initial experts: **February 5, 2024**.

    **5.**    **DISPOSITIVE MOTIONS**. The last day for filing dispositive motions shall be no later than thirty (30) days after the close of discovery: **April 5, 2024**.

    **6.**    **PRE-TRIAL ORDER**. The Joint Pre-Trial Order shall be filed no later than thirty (30) days after the date set for the filing of dispositive motions: **May 3, 2024**. The disclosures required by FRCP 26(a)(3) and any objections thereto shall be included in the Pre-Trial Order. In the event dispositive motions are filed, the filing of the Pre-Trial Order shall be suspended until thirty (30) days after the Court enters its decision on the dispositive motion, if any.

    **7.**    **FRCP 26(a)(3) DISCLOSURES**. The disclosures required by FRCP 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

    **8.**    **FRCP 26(f)(3)(A) DISCLOSURES**. The disclosures required by FRCP 26(a)(1)(C) will be made on or before **October 12, 2024**.

    **9.**    **ALTERNATIVE FORMS OF CASE DISPOSITION**. The parties considered consent to trial by magistrate judge under 28 U.S.C. § 626(c) and FRCP 73 and the use of the Short Trial Program, and at this time do not consent to trial by magistrate or the short trial program.

. . .

. . .

10. **ELECTRONIC EVIDENCE**. The parties certified they discussed whether they intend to present evidence in electronic format to jurors, and the parties determined at this time there would not be any. If the parties revisit the presentation of any electronically stored information, they will file the appropriate stipulation with the Court.

DATED this 8th day of November 2023.    DATED this 8th day of November 2023.

LADAH LAW FIRM                          HALL & EVANS, LLC

/s/ Brandon P. Smith, Esq.              /s/ Kurt R. Bonds, Esq.
_____         _____
RAMZY P. LADAH                          KURT R. BONDS, ESQ.
Nevada Bar No. 11405                    Nevada Bar No. 6228
BRANDON P. SMITH                        MADISON M. AGUIRRE, ESQ,
Nevada Bar No. 10443                    Nevada Bar No. 16183
517 South Third Street                  1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89101                 Las Vegas, Nevada 89144
*Attorney for Plaintiff*                *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED.

DATED this  8th  day of   November  , 2023.

_____
UNITED STATES MAGISTRATE JUDGE

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on October 23, 2023, I received concurrence from Defendants' counsel, Kurt R. Bonds, Esq., to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 8th day of November, 2023.

/s/ Brandon P. Smith, Esq.
_____
BRANDON P. SMITH
Nevada Bar No. 10443

3