# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Anthony Essick Johnson,

        Plaintiff(s),

vs.

Walmart, Inc., *et al.*,

        Defendant(s).

2:23-cv-01388-CDS-MDC

**Order**

The *Stipulation and Order to Continue Discovery Plan and Scheduling Order* ("Stipulation") (ECF No. 13) is denied as moot. The *Amended Stipulation and Order to Continue Discovery Plan and Scheduling Order* ("Amended Stipulation") (ECF No. 14) denied without prejudice. Local Rule 26-3 requires that an extension of time made within 21 days of the subject deadline must be supported by showing of good cause. The parties seek to reopen the past deadline to amend the pleadings, and to extend the April 5, 2024, initial expert disclosure deadline. The parties, however, do not show or discuss good cause why they did not file the stipulation prior to the expiration of the deadline to amend the pleadings, and why the stipulation was filed within 21 days of the initial expert disclosure deadline.

Accordingly,

**IT IS ORDERED that:**

1. The *Stipulation* (ECF No. 13) is DENIED AS MOOT.

2. The *Amended Stipulation* (ECF No. 14) is DENIED WITHOUT PREJUDICE.

DATED this 20th day of March 2024.

IT IS SO ORDERED.

                                                    _____

                                                    Maximiliano D. Couvillier III
                                                    United States Magistrate Judge