**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendant Walmart Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY ESSICK JOHNSON,<br><br>    Plaintiff<br><br>vs.<br><br>WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST; DOES I through XXX, inclusive and ROE BUSINESS ENTITIES I through XXX, inclusive,<br><br>    Defendants | CASE NO.: 2:23-cv-01388-CDS-~~VCF~~ MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, ANTHONY ESSICK JOHNSON, and Defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, by and through their respective counsel of record, that the claims asserted by Plaintiff, ANTHONY ESSICK JOHNSON, against Defendants, WALMART, INC., WAL-MART REAL ESTATE BUSINESS TRUST, be dismissed in their entirety, with prejudice, the parties each to bear their own costs and fees.

. . .

. . .

. . .

. . .

. . .

KRB/20147-84

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 12th day of February, 2025. | DATED this 12th day of February, 2025. |
| LADAH LAW FIRM | HALL & EVANS, LLC |
| */s/ Brandon P. Smith* <br> RAMZY P. LADAH, ESQ. <br> Nevada Bar No. 11405 <br> BRANDON P. SMITH, ESQ. <br> Nevada Bar No. 10443 <br> 517 South Third Street <br> Las Vegas, Nevada 89101 <br> *Counsel for Plaintiff* | */s/ Kurt R. Bonds* <br> KURT R. BONDS, ESQ. <br> Nevada Bar No. 6228 <br> TANYA M. FRASER, ESQ. <br> Nevada Bar No. 13872 <br> 1160 North Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br> *Attorneys for Defendants* |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
Cristina D. Silva
United States District Judge

Dated: February 13, 2025

Submitted by:

HALL & EVANS, LLC

*/s/Kurt R. Bonds*
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for Defendants*